United States District Court
Southern District of Texas
**ENTERED**
June 25, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:20-CV-152 |
| § | |
| 6.900 ACRES OF LAND, MORE OR § | |
| LESS, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER VACATING SCHEDULING ORDER

The Court hereby **ORDERS** that the remaining deadline and settings in the Court's Scheduling Order (Dkt. No. 12) are hereby **VACATED**.

SO ORDERED this 25th day of June, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge